FILED
JUN 16 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 98CR2023-BTM |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF INDICTMENT AND |
| BENITO RODRIGUEZ (1), | ) RECALL ARREST WARRANT |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: June 15, 2015

*Barry Ted Moskowitz*
HONORABLE BARRY TED MOSKOWITZ
Chief, United States District Judge